| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 10 Mins | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 5/22/08 10:46:01-10:56:43 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>5/22/08 | | NEW CASE<br>☐ | CASE NUMBER<br>4-08-70292-WDB |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>ENRICO JONES | AGE | CUST<br>No | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Daniel Kaleba | | INTERPRETER<br>None | | ☒ FIN. AFFT<br>SUBMITTED | | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>Karen Mar | | PRETRIAL SERVICES OFFICER<br>Amy Berthelsen | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR<br>8 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☒ | I.D. COUNSEL<br>2 Mins HELD | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ | DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED<br>OF RIGHTS<br>5/22/08 | ☒ ADVISED<br>OF CHARGES<br>5/22/08 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

**FILED**
**MAY 2 2 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| | | | | | |
|---|---|---|---|---|---|
| ☒ MOTION<br>FOR<br>DETENTION | ☒ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>5/28/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

The deft. also has a pending Sup. Release Viol. matter CR-03-40117-DLJ. The deft's atty. told Court that since he was summoned to appear on CR-03-40117-DLJ, the deft. drove this morning & there's an equipment in his car bec. he thought he could report to work after court this morning. The Court ordered that the deft. must vol. self-surrender to the U.S. Marshal's Office at 2:00 p.m. this afternoon. The govt's atty. said that once this new case is assigned to a District Judge, the govt's atty. will file a notice of related case to relate this matter to CR-03-40117-DLJ.
cc: WDB's Stats, Pretrial Svcs., U.S. Marshal

DOCUMENT NUMBER: